NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>YVETTE PORRAS-OCHOA,<br><br>Defendant - Appellant. | No. 24-7319<br><br>D.C. No.<br>2:22-cr-01265-SPL-1<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Arizona
Steven P. Logan, District Judge, Presiding

Submitted June 18, 2025**

Before:     CANBY, S.R. THOMAS, and SUNG, Circuit Judges.

Yvette Porras-Ochoa appeals from the district court's judgment and

challenges her guilty-plea conviction and 180-month sentence for conspiracy to

possess with intent to distribute cocaine and conspiracy to dispense and possess

with intent to distribute prescription-controlled substances in violation of 21 U.S.C.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§§ 841(a)(1) and 846, and conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h).

Porras-Ochoa's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Porras-Ochoa has not filed a pro se supplemental brief.

In the plea agreement, Porras-Ochoa waived her right to appeal the conviction and sentence.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We therefore dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is granted.

**DISMISSED.**

24-7319